

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Avis Rent A Car System, LLC,      * From the County Court at
Law No. 2 of Travis County,
Trial Court No. C-1-CV-07-000406.

Vs.   No. 11-14-00087-CV      * May 15, 2014

William Gerloff, Jr.,      * Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.   The costs incurred by reason of this appeal are taxed against Avis Rent A Car System, LLC.